USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BLAKE ANDREWS, *derivatively on behalf of MongoDB, Inc.*, Plaintiff, -v- DEV ITTYCHERIA, *et al.*, Defendants. | : | 1:26-cv-5586-GHW ORDER |

GREGORY H. WOODS, United States District Judge:

On July 24, 2026, Plaintiff submitted a response to the Court's order to show cause as to why this case should not be consolidated with *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 with the same Lead Counsel. Dkt. No. 20. Lead Plaintiff in *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 and Defendants are directed to file a response to Plaintiff's letter, Dkt. No. 20, no later than August 3, 2026. Plaintiff is ordered to serve a copy of this order on Lead Counsel in *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594.

SO ORDERED.

Dated: July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge